1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6

7  Attorney for Plaintiff

8  /jgl
9

10                   UNITED STATES DISTRICT COURT
11
                     EASTERN DISTRICT OF CALIFORNIA
12
                           SACRAMENTO DIVISION
13

14

15 | MONICA R. GARCIA,               )  Case No:  2:15-cv-00384-CKD
                                     )
16 |         Plaintiff,              )
                                     )
17 | v.                              )  STIPULATION AND ORDER
18 |                                 )
   | CAROLYN W. COLVIN,              )
19 | Acting Commissioner,            )
   | Social Security Administration, )
20 |                                 )
21 |         Defendant.              )
                                     )

22

23       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that:

24 (1) Plaintiff shall have a first extension of time of (7) days up through and including Friday,

25 August 14, 2015 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall

26 file any opposition, including cross-motions, on or before September 14, 2015. This extension is

27

28

necessitated by the number of cases (4) plaintiff presently has pending before this and other district courts that require briefing.

Dated: August 4, 2015                                         */s/Harvey P. Sackett*
                                                              HARVEY P. SACKETT
                                                              Attorney for Plaintiff
                                                              MONICA R. GARCIA


                                                              BENJAMIN B. WAGNER
                                                              United States Attorney
                                                              DEBORAH LEE STACHEL
                                                              Acting Regional Chief Counsel


Dated: August 4, 2015                                         */s/Michael K. Marriott*
                                                              MICHAEL K. MARRIOTT
                                                              Special Assistant U.S. Attorney
                                                              Social Security Administration


IT IS SO ORDERED.


Dated:  August 6, 2015

                                                              _____
                                                              CAROLYN K. DELANEY
                                                              UNITED STATES MAGISTRATE JUDGE